UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.65.73.175,<br><br>    Defendant. | Case No. 18-cv-03659-JCS<br><br>**ORDER GRANTING PLAINTIFF'S SECOND EX-PARTE APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO EFFECTUATE SERVICE ON DEFENDANT JOHN DOE**<br><br>Re: Dkt. No. 15 |

THIS CAUSE came before the Court upon Plaintiff's second ex-parte application for an order extending the time within which to effectuate service on Defendant John Doe, and the Court, finding good cause, does hereby **ORDER**:

Plaintiff's application is granted.  Plaintiff shall have until **February 1, 2019** to effectuate service of a summons and complaint on Defendant.  The initial case management conference scheduled for January 18, 2018 is continued to **February 22, 2019 at 2 p.m.**

**IT IS SO ORDERED.**

Dated: December 19, 2018

JOSEPH C. SPERO
Chief Magistrate Judge